

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACQUELINE CLAIRE HINER,<br><br>Defendant. | Case No. 2:20-CR-00334-AB<br><br>**ORDER OF DETENTION AND REMAND TO SERVE SENTENCE PREVIOUSLY IMPOSED**<br><br>[18 U.S.C. §§ 3146(b), 3143(a)] |
|---|---|

    On April 15, 2022, Defendant Jacqueline Claire Hunter made her initial appearance following her arrest on the Warrant for Arrest issued on March 22, 2022. Deputy Federal Public Defender Kate Morris was appointed to represent Defendant. Defendant submitted on the detention recommendation in the Pretrial Services Report.

    The Court has reviewed the files and records in this matter, including the Pretrial Services Report dated April 15, 2022, and concurs with its recommendation of detention. The Court has also reviewed the Warrant for Arrest, which charges that Defendant failed to surrender to commence service of her sentence in this matter, and conferred with government counsel

and counsel for Defendant. The government requested, and Defendant concurred, that the Court order Defendant remanded to the custody of the Attorney General to serve the sentence previously imposed in this matter.

IT THEREFORE IS ORDERED that Defendant Jacqueline Claire Hunter is remanded to the custody of the Attorney General to serve the sentence previously imposed in this matter.

Dated: April 15, 2022



PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE